UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 9, 2018     **Time:** 5 minutes     **Judge:** WILLIAM H. ORRICK
                              1:40 p.m. to 1:45 p.m.

**Case No.:** 18-cr-00339-WHO-1     **Case Name:** UNITED STATES v. Senghor

**Attorney for Plaintiff:**   Casey Boome
**Attorney for Defendant:**   Jeffrey Bornstein and Jenny Yelin
                              Defendant **Marc Olivier Senghor** - present, on bond

**Deputy Clerk:** Jean Davis                **Court Reporter:** Pamela Batalo Heber
**Interpreter:** n/a                        **Probation Officer:** n/a

## PROCEEDINGS

The government provided discovery on this date, and additional time is needed for defense review of those materials. The parties are also negotiating terms of potential travel to Senegal for a family visit. The government is not opposed to this travel assuming that adequate bond surety can be arranged.

**CASE CONTINUED TO:** September 13, 2018 at 1:30 p.m. for further Status Conference.

**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins       August 9, 2018
Ends         September 13, 2018