JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104
Email:          jbornstein@rbgg.com
                    jyelin@rbgg.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARC OLIVIER SENGHOR,<br><br>Defendant. | Case No. 18-cr-00339-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL**<br><br>Judge:   Hon. Jacqueline Scott Corley |

[3289959.3]

1    Subject to this Court's confirming order, Defendant Marc Olivier Senghor, by and

2  through his counsel, Jeffrey L. Bornstein and Jenny S. Yelin, and the United States, by and

3  through Assistant United States Attorney Casey Boome, hereby stipulate and agree as

4  follows:

5    Defendant Marc Olivier Senghor wishes to travel to Senegal, West Africa, for

6  2 weeks to visit his ailing 95-year-old mother.

7    Mr. Senghor therefore asks the Court to allow him to travel to Senegal, West

8  Africa, on September 29, 2018, to return on October 15, 2018.  Because Mr. Senghor

9  previously surrendered his passport to United States Pretrial Services, he requests that the

10  passport be returned to him for the duration of his travel.  He understands that he will re-

11  surrender it upon his return.

12    In addition, Mr. Senghor is amenable to a modification of his bond.  His bond is

13  currently a $50,000 unsecured bond.  Mr. Senghor is willing to modify his bond as

14  follows:  $500,000 to be secured by his real property in Oakland, California.  He is

15  prepared to post the property forthwith should this request be approved.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1                                                    Case No. 18-cr-00339-WHO

STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL

Once Mr. Senghor returns from his trip, he requests that the bond revert to its original form and that the real property be released and re-conveyed to him.

DATED:  August 22, 2018          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  _/s/ Jenny S. Yelin_
         Jeffrey L. Bornstein
         Jenny S. Yelin

Attorneys for Defendant
MARC OLIVIER SENGHOR

DATED:  August 22, 2018          ALEX G. TSE
                                                United States Attorney

By:  _/s/ Casey Boome_
         CASEY BOOME
         Assistant United States Attorney

Attorneys for United States of America

### ECF ATTESTATION

I attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL** has been received from Assistant United States Attorney Casey Boome in compliance with Civil L.R. 5-1(i)(3).

DATED:  August 22, 2018

By:  _/s/ Jenny S. Yelin_
         Jenny S. Yelin

[3289959.3]

1

## [PROPOSED] ORDER

2   For good cause shown, IT IS HEREBY ORDERED THAT Defendant Marc Olivier

3 Senghor may travel to Senegal, West Africa, from September 29, 2018 to October 15,

4 2018.

5   The United States Pretrial Services shall return Mr. Senghor's surrendered passport

6 to him for the duration of his travel, and he shall re-surrender it on or before October 17,

7 2018.

8   Mr. Senghor's bond is hereby modified as follows: $500,000 to be secured by his

9 real property in Oakland, California.  Mr. Senghor is ordered to post the property forthwith

10 pursuant to N.D. Cal. General Order 55.

11   Once Mr. Senghor returns from this trip and re-deposits his passport with Pretrial

12 Services, his bond will revert to its original terms and the real property may be re-

13 conveyed to him without further order of the Court.

14   IT IS SO ORDERED.

15 DATED:  August ___, 2018

16

17

18           Honorable Jacqueline Scott Corley

19

20

21

22

23

24

25

26

27

28