UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 13, 2018     **Time:** 2 minutes     **Judge:** WILLIAM H. ORRICK
                                 1:48 p.m. to 1:50 p.m.

**Case No.**: 18-cr-00339-WHO-1     **Case Name:** UNITED STATES v. Senghor

**Attorney for Plaintiff:**  Casey Boome
**Attorney for Defendant:**  Jenny S. Yelen
                             Defendant **Marc Olivier Senghor** – present, on bond

**Deputy Clerk:** Jean Davis               **Court Reporter:** Belle Ball
**Interpreter:** n/a                        **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference.  Discovery has been produced by the government and reviewed.  Defense counsel have made requests for additional materials; the government is considering whether or not the additional production is appropriate.  Motion practice as to this issue may be necessary if the issue is not resolved between counsel.  The possibility of a negotiated resolution is also being discussed.

**CASE CONTINUED TO: November 15, 2018 at 1:30 p.m. for further Status Conference.**

**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins       September 13, 2018
Ends         November 15, 2018