JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: jbornstein@rbgg.com
jyelin@rbgg.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARC OLIVIER SENGHOR,<br><br>    Defendant. | Case No. 18-cr-00339-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CHANGE IN TRAVEL AND REINSTATEMENT OF ORIGINAL BOND CONDITIONS**<br><br>Judge: Hon. Jacqueline Scott Corley |

Case No. 18-cr-00339-WHO
STIPULATION AND [PROPOSED] ORDER REGARDING CHANGE IN TRAVEL AND REINSTATEMENT OF
ORIGINAL BOND CONDITIONS

[3298980.1]

Subject to this Court's confirming order, Defendant Marc Olivier Senghor, by and through his counsel, Jeffrey L. Bornstein and Jenny S. Yelin, and the United States, by and through Assistant United States Attorney Casey Boome, hereby stipulate and agree as follows:

On August 23, 2018, the Court issued an Order permitting Defendant Marc Olivier Senghor to travel to Senegal, West Africa for 2 weeks in September and October 2018 to visit his ailing 95-year-old mother, and modifying his bond conditions. *See* ECF No. 11.

For personal and business reasons, Mr. Senghor has decided to cancel his travel. His original bond conditions, a $50,000 unsecured bond, should be reinstated, and the property he posted to secure the bond in order to travel, should be reconveyed to him.

If Mr. Senghor wishes to reschedule his travel in the future, the parties will submit an additional stipulation and proposed order at that time, modifying his bond, seeking permission for him to travel for specific dates, and seeking the temporary return of his passport.

DATED: September 20, 2018

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jenny S. Yelin*
Jeffrey L. Bornstein
Jenny S. Yelin

Attorneys for Defendant
MARC OLIVIER SENGHOR

DATED: September 20, 2018

ALEX G. TSE
United States Attorney

By: */s/ Casey Boome*
Casey Boome
Assistant United States Attorney

Attorneys for United States of America

1
Case No. 18-cr-00339-WHO
STIPULATION AND [PROPOSED] ORDER REGARDING CHANGE IN TRAVEL AND REINSTATEMENT OF ORIGINAL BOND CONDITIONS

[3298980.1]

## ECF ATTESTATION

I attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER REGARDING CHANGE IN TRAVEL AND REINSTATEMENT OF ORIGINAL BOND CONDITIONS** has been received from Assistant United States Attorney Casey Boome in compliance with Civil L.R. 5-1(i)(3).

DATED: September 20, 2018

By: */s/ Jenny S. Yelin*
Jenny S. Yelin

2   Case No. 18-cr-00339-WHO
STIPULATION AND [PROPOSED] ORDER REGARDING CHANGE IN TRAVEL AND REINSTATEMENT OF ORIGINAL BOND CONDITIONS

[3298980.1]

**[PROPOSED] ORDER**

For good cause shown, IT IS HEREBY ORDERED THAT Defendant Marc Olivier Senghor bond is hereby modified as follows: $50,000 unsecured bond. The property he posted to secure the $500,000 bond in order to travel shall be reconveyed to him forthwith.

If Defendant Senghor decides to reschedule his trip to Senegal at a later time, the parties shall re-submit a Stipulation and [Proposed] Order seeking permission for him to travel, the temporary return of his passport, and modification of his bond to be secured by his real property.

IT IS SO ORDERED.

DATED: September ___, 2018

_____
Honorable Jacqueline Scott Corley

3  Case No. 18-cr-00339-WHO
STIPULATION AND [PROPOSED] ORDER REGARDING CHANGE IN TRAVEL AND REINSTATEMENT OF ORIGINAL BOND CONDITIONS

[3298980.1]