JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: jbornstein@rbgg.com
jyelin@rbgg.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-cr-00339-WHO |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING URGENT TRAVEL REQUEST** |
| v. | |
| MARC OLIVIER SENGHOR, | Judge: Hon. Jacqueline Scott Corley |
| Defendant. | |

Subject to this Court's confirming order, Defendant Marc Olivier Senghor, by and through his counsel, Jeffrey L. Bornstein and Jenny S. Yelin, and the United States, by and through Assistant United States Attorney Casey Boome, hereby stipulate and agree as follows:

On August 23, 2018, the Court issued an Order permitting Defendant Marc Olivier Senghor to travel to Senegal, West Africa for 2 weeks in September and October 2018 to visit his ailing 95-year-old mother, and modifying his bond conditions. *See* ECF No. 11.

The parties then filed an additional stipulation on September 20, 2018, notifying the Court that Mr. Senghor had decided to cancel his travel, and requesting an order restoring his original bond conditions. *See* ECF No. 14. The Court signed the Order on September 25, 2018. *See* ECF No. 15.

Unfortunately, in the week since that Order, Mr. Senghor's mother passed away. He now wishes to travel to France, where her body is currently being transported, on an urgent basis, so he can attend her burial and funeral. Mr. Senghor would either travel on Thursday, October 4, or on Thursday, October 11, with a return to San Francisco approximately one week after his departure. He will wait to make his travel arrangements until he receives approval from the Court.

Because of the short period of time between the Court's September 25, 2018 Order and this request, the Office of the Clerk has not yet reconveyed Mr. Senghor's real property in Oakland to him, and therefore his property is still posted as security. The parties therefore request an amendment of his bond to $500,000, secured by the real property already posted to the Court. In addition, Mr. Senghor requests that his United States passport be returned to him for the duration of his travel. He understands that he will re-surrender it to United States Pretrial Services upon his return.

/ / /
/ / /
/ / /
/ / /

When Mr. Senghor returns from his trip, he requests that the bond revert to a $50,000 unsecured bond, and that his real property be released and re-conveyed to him.

DATED: October 2, 2018

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jenny S. Yelin*
Jeffrey L. Bornstein
Jenny S. Yelin

Attorneys for Defendant
MARC OLIVIER SENGHOR

DATED: October 2, 2018

ALEX G. TSE
United States Attorney

By: */s/ Casey Boome*
Casey Boome
Assistant United States Attorney

Attorneys for United States of America

**ECF ATTESTATION**

I attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER REGARDING URGENT TRAVEL REQUEST** has been received from Assistant United States Attorney Casey Boome in compliance with Civil L.R. 5-1(i)(3).

DATED: October 2, 2018

By: */s/ Jenny S. Yelin*
Jenny S. Yelin

**[~~PROPOSED~~] ORDER**

For good cause shown, IT IS HEREBY ORDERED THAT Defendant Marc Olivier Senghor may travel to France on October 4, 2018 or October 11, 2018, returning to San Francisco approximately one week after his departure.

The United States Pretrial Services shall return Mr. Senghor's surrendered passport to him for the duration of his travel, and he shall re-surrender it within three business days after his return to San Francisco. Mr. Senghor's counsel shall provide his exact travel dates once they are finalized to the Assistant United States Attorney and Pretrial Services.

Mr. Senghor's bond is hereby modified as follows: $500,000 to be secured by his real property in Oakland, which is already posted to the Court as security.

Once Mr. Senghor returns from his trip and re-deposits his passport with Pretrial Services, his bond will revert to its original terms and the real property may be re-conveyed to him without further order of the Court.

IT IS SO ORDERED.

DATED: October __3__, 2018



Honorable _____