```
JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:      jbornstein@rbgg.com
            jyelin@rbgg.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MARC OLIVIER SENGHOR,<br><br>　　　　　Defendant. | Case No. 18-cr-00339-WHO<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge:  Hon. William H. Orrick |

1   Pursuant to Local Rule 3-11, Rosen Bien Galvan & Grunfeld LLP, counsel for
2  **Defendant Marco Senghor** in the above-entitled action, hereby notifies the Court that the
3   address of Rosen Bien Galvan & Grunfeld LLP has changed as of October 15, 2018.  The
4   new address is as follows:

>   Rosen Bien Galvan & Grunfeld LLP
>   101 Mission Street, Sixth Floor
>   San Francisco, CA  94105-1738

DATED:  October 15, 2018            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By:       /s/ Jenny S. Yelin
          Jenny S. Yelin

Attorneys for Marco Senghor

[3310724.1]

1                                                    Case No. 18-cr-00339-WHO
NOTICE OF CHANGE OF ADDRESS