JEFFREY L. BORNSTEIN – 099358
JENNY S. YELIN – 273601
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: jbornstein@rbgg.com
jyelin@rbgg.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARC OLIVIER SENGHOR,<br><br>Defendant. | Case No. 18-cr-00339-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Judge: Hon. William H. Orrick<br>Date: November 15, 2018<br>Time: 1:30 p.m. |

[3316721.2]

Case No. 18-cr-00339-WHO
STIPULATION AND [PROPOSED] ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Subject to this Court's confirming order, Defendant Marc Olivier Senghor, by and through his counsel, Jeffrey L. Bornstein and Jenny S. Yelin, and the United States, by and through Assistant United States Attorney Casey Boome, hereby stipulate and agree as follows:

The parties are currently engaged in discussions regarding a possible resolution of the case, and are also discussing various legal and factual issues that may need to be raised if they are not successful in their discussions. They wish to postpone the status conference set for November 15, 2018 to give them additional time to have these discussions, before spending significant time and resources on preparing and defending pretrial motions. Therefore, the parties request that the November 15, 2018 status conference be moved to December 6, 2018 at 1:30 p.m.

The parties agree that the exclusion of time under the Speedy Trial Act between November 15, 2018, and December 6, 2018 is appropriate for effective preparation of counsel. The parties further agree that the ends of justice served by granting the continuance to December 6, 2018 outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 29, 2018    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:    */s/ Jenny S. Yelin*
       Jenny S. Yelin

Attorneys for Defendant Marco Senghor

/ / /
/ / /
/ / /
/ / /

[3316721.2]

1                                                          Case No. 18-cr-00339-WHO
STIPULATION AND [PROPOSED] ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

| | | |
|---|---|---|
| 1 | DATED: October 29, 2018 | ALEX G. TSE<br>United States Attorney |
| 2 | | |
| 3 | | By: */s/ Casey Boome* |
| 4 | | Casey Boome<br>Assistant United States Attorney |
| 5 | | |

### ECF ATTESTATION

I attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** has been received from Assistant United States Attorney Casey Boome in compliance with Civil L.R. 5-1(i)(3).

DATED: October 29, 2018

By: */s/ Jenny S. Yelin*
Jenny S. Yelin

### [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED THAT the status conference currently scheduled for November 15, 2018 is hereby moved to December 6, 2018. The time between November 15, 2018 and December 6, 2018 is excluded for speedy trial purposes for effective preparation of counsel.

IT IS SO ORDERED.

DATED: October ___, 2018

_____
Honorable William H. Orrick

2   Case No. 18-cr-00339-WHO
STIPULATION AND [PROPOSED] ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

[3316721.2]