1  JEFFREY L. BORNSTEIN – 099358
   JENNY S. YELIN – 273601
2  ROSEN BIEN GALVAN & GRUNFELD LLP
   101 Mission Street, Sixth Floor
3  San Francisco, California 94105-1738
   Telephone:  (415) 433-6830
4  Facsimile:   (415) 433-7104
   Email:       jbornstein@rbgg.com
5               jyelin@rbgg.com

8               UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,           Case No. 18-cr-00339-WHO

12              Plaintiff,              **STIPULATION AND ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

13         v.

14 MARC OLIVIER SENGHOR,               Judge: Hon. William H. Orrick
                                       Date:  November 15, 2018
15              Defendant.              Time:  1:30 p.m.

1    Subject to this Court's confirming order, Defendant Marc Olivier Senghor, by and
2 through his counsel, Jeffrey L. Bornstein and Jenny S. Yelin, and the United States, by and
3 through Assistant United States Attorney Casey Boome, hereby stipulate and agree as
4 follows:
5    The parties are currently engaged in discussions regarding a possible resolution of
6 the case and are also discussing various legal and factual issues that may need to be raised
7 if they are not successful in their discussions. They wish to postpone the status conference
8 set for November 15, 2018 to give them additional time to have these discussions, before
9 spending significant time and resources on preparing and defending pretrial motions.
10 Therefore, the parties request that the November 15, 2018 status conference be moved to
11 December 6, 2018 at 1:30 p.m.
12    The parties agree that the exclusion of time under the Speedy Trial Act between
13 November 15, 2018, and December 6, 2018 is appropriate for effective preparation of
14 counsel. The parties further agree that the ends of justice served by granting the
15 continuance to December 6, 2018 outweigh the best interest of the public and the
16 defendant in a speedy trial.

DATED:  October 29, 2018          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:    */s/ Jenny S. Yelin*
       Jenny S. Yelin

Attorneys for Defendant Marco Senghor

/ / /
/ / /
/ / /
/ / /

1  DATED: October 29, 2018						ALEX G. TSE
2										United States Attorney

4							By:	*/s/ Casey Boome*
								Casey Boome
5								Assistant United States Attorney

### ECF ATTESTATION

I attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** has been received from Assistant United States Attorney Casey Boome in compliance with Civil L.R. 5-1(i)(3).

DATED: October 29, 2018

						By:	*/s/ Jenny S. Yelin*
							Jenny S. Yelin

### ORDER

For good cause shown, IT IS HEREBY ORDERED THAT the status conference currently scheduled for November 15, 2018 is hereby moved to December 6, 2018. The time between November 15, 2018 and December 6, 2018 is excluded for speedy trial purposes for effective preparation of counsel.

IT IS SO ORDERED.

DATED: October 30, 2018

						_____
						Honorable William H. Orrick