UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 6, 2018     **Time:** 1 minute     **Judge:** WILLIAM H. ORRICK
2:02 p.m. to 2:03 p.m.

**Case No.:** 18-cr-00339-WHO-1     **Case Name:** UNITED STATES v. Senghor

**Attorney for Plaintiff:** Casey Boome
**Attorney for Defendant:** Jenny Yelin and Jeffrey Bornstein
Defendant **Marc Olivier Senghor** – present, on bond

**Deputy Clerk:** Jean Davis     **Court Reporter:** Marla Knox
**Interpreter:** n/a     **Probation Officer:** n/a

## PROCEEDINGS

Counsel have been in discussions regarding an agreed upon resolution and believe that a change of plea hearing will be appropriate in approximately one month.

**CASE CONTINUED TO: January 3, 2019 at 1:30 p.m. for Change of Plea Hearing.**

**EXCLUDABLE DELAY:**
Category        Effective preparation of counsel
Begins          December 6, 2018
Ends            January 3, 2019