| | |
|---|---|
| 1 | JEFFREY L. BORNSTEIN – 099358<br>JENNY S. YELIN – 273601 |
| 2 | ROSEN BIEN GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor |
| 3 | San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |
| 4 | Facsimile: (415) 433-7104<br>Email: jbornstein@rbgg.com |
| 5 | jyelin@rbgg.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARC OLIVIER SENGHOR,<br><br>　　　　Defendant. | Case No. 18-cr-00339-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Judge: Hon. William H. Orrick<br>Date: November 15, 2018<br>Time: 1:30 p.m. |

[3336559.1]

Case No. 18-cr-00339-WHO
STIPULATION AND [PROPOSED] ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Subject to this Court's confirming order, Defendant Marc Olivier Senghor, by and through his counsel, Jeffrey L. Bornstein and Jenny S. Yelin, and the United States, by and through Assistant United States Attorney Casey Boome, hereby stipulate and agree that the status conference/change of plea hearing set for January 10, 2019 should be continued to February 14, 2019. The parties anticipate that the case will be ready for resolution on that date.

The parties further agree that the exclusion of time under the Speedy Trial Act between January 10, 2019 and February 14, 2019 is appropriate for effective preparation of counsel. The parties need additional time to draft and review the proposed resolution and for the Defendant's attorneys to advise the Defendant regarding the resolution. The parties further agree that the ends of justice served by granting the continuance to February 14, 2019 outweigh the best interest of the public and the defendant in a speedy trial.

DATED: January 8, 2019   Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jenny S. Yelin
Jenny S. Yelin

Attorneys for Defendant Marco Senghor

DATED: January 8, 2019   ALEX G. TSE
United States Attorney

By: /s/ Casey Boome
Casey Boome
Assistant United States Attorney

**ECF ATTESTATION**

I attest that concurrence in e-filing this **STIPULATION AND [PROPOSED]**

[3336559.1]

1   Case No. 18-cr-00339-WHO
STIPULATION AND [PROPOSED] ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

**ORDER TO MOVE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** has been received from Assistant United States Attorney Casey Boome in compliance with Civil L.R. 5-1(i)(3).

DATED: January 8, 2019

By: */s/ Jenny S. Yelin*
Jenny S. Yelin

## [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED THAT the status conference currently scheduled for January 10, 2019 is hereby moved to February 14, 2019. The time between January 10, 2019 and February 14, 2019 is excluded for speedy trial purposes for effective preparation of counsel.

IT IS SO ORDERED.

DATED: January ___, 2019

Honorable William H. Orrick